Certificate Number: 03088-PAE-DE-031563576

Bankruptcy Case Number: 18-14785



03088-PAE-DE-031563576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2018, at 8:05 o'clock AM CDT, Peter C Danis completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 4, 2018  By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor