|  |  |
|---|---|
| IN RE:<br>PETER C. DANIS,<br><br>       Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF<br>PENNSYLVANIA<br><br>CHAPTER 13<br><br>BKY No. 18-14785-amc |

## ORDER

AND NOW, this 8th day of Jan , 2019, it is hereby ORDERED and DECREED that the stay afforded by 11 U.S.C. Section 362 is modified so as to permit Movant, Igor Repalo, to continue a lawsuit against ~~Debtor,~~ Peter C. Danis, and to pursue litigation ~~against Debtor~~ through trial and judgment against the proceeds of the ~~insurance policy~~ applicable to Debtor plus the right to pursue any claims for excess ~~verdict~~ against his insurance company, ~~State Farm,~~ and his legal counsel, to the ~~extent~~ there are viable claims in accordance with the law of this ~~Commonwealth of Pennsylvania.~~ Motion filed by Igor Repalo is denied for failure to appear at the hearing and for the reasons stated in open Court.

BY THE COURT:

_____
                                        J.