United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-14785-amc
Peter C. Danis                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 1              Date Rcvd: Jan 09, 2019
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
db             +Peter C. Danis,    2889 Tremont Street,    Philadelphia, PA 19136-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Peter C. Danis brad@sadeklaw.com,  bradsadek@gmail.com
          JOHN JEROME MCGRATH    on behalf of Debtor Peter C. Danis john.mcgrath@palmerbarr.com,
           elsie.llamas@palmerbarr.com;jjm237@gmail.com
          KARINA  VELTER    on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          STEVEN L. ROVNER    on behalf of Creditor Igor  Repalo srovner@dial-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 7

IN RE:                                          :   UNITED STATES BANKRUPTCY COURT
PETER C. DANIS,                                 :   FOR THE EASTERN DISTRICT OF
                                                :   PENNSYLVANIA
        Debtor                                  :
                                                :   CHAPTER 13
                                                :
                                                :   BKY No. 18-14785-amc

## O R D E R

AND NOW, this 8th day of Jan , 2019, it is hereby ORDERED and DECREED that the stay afforded by 11 U.S.C. Section 362 is modified so as to permit Movant, Igor Repalo, to continue a lawsuit against Debtor, Peter C. Danis, and to pursue litigation against Debtor through trial and judgment against the proceeds of the insurance policy applicable to Debtor plus the right to pursue any claims for excess verdict against his insurance company, State Farm, and his legal counsel, to the extent there are viable claims in accordance with the law of this Commonwealth of Pennsylvania. Motion filed by Igor Repalo is denied for failure to appear at the hearing and for the reasons stated in open Court

BY THE COURT:

_____ J.