# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter C. Danis <br>                Debtor(s) <br><br> FREEDOM MORTGAGE CORPORATION, its successors and/or assigns <br>                Movant <br>    vs. <br><br> Peter C. Danis <br>                Debtor(s) <br><br> William C. Miller Esq. <br>                Trustee | CHAPTER 13 <br><br> NO. 18-14785 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **August 29, 2018; Docket No. 13**.

                                          Respectfully submitted,

                                      By: **/s/ Kevin G. McDonald, Esquire**
                                              Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322
                                              Attorney for Movant/Applicant

February 27, 2019