IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Peter C. Danis | : | Chapter 13 |
| | : | Case No. 18-14785 |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Fees filed at Docket Number 41.

Dated: March 7, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008