UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 18-14785 |
|---|---|---|
| Peter C. Danis | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtors' Response to the Motion for Relief from Automatic Stay by regular US Mail on the following parties by electronic means and/or regular US mail:

Rebecca A. Solarz, Esq.
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

Dated: April 1, 2019

Brad J. Sadek, Esq.
Attorney for Debtor