## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |
|---|---|
| Peter C. Danis | : |
| | : Case No. 18-14785AMC |
| Debtor(s) | : Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the Debtor's Response to the Motion for Relief from the Automatic Stay by regular US Mail on the following parties by electronic means and/or regular US mail:

Rebecca A. Solarz, Esq.
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

April 1, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Attorney for Debtor