# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-14785-AMC

PETER C DANIS

2889 TREMONT STREET

PHILADELPHIA, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PETER C DANIS

    2889 TREMONT STREET

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 5/24/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee