United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14785-amc
Peter C. Danis                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jul 12, 2019
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db             +Peter C. Danis,    2889 Tremont Street,    Philadelphia, PA 19136-1024
14168083       +Chase Card Services,    Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14177040       +Freedom Mortgage Corp.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14168084       +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 489,   Mt Laurel, NJ 08054-0489
14286772       +Freedom Mortgage Corporation,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14203937        Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, Indiana 46037-9764
14182875        JPMorgan Chase Bank NA,    c/o Karina Velter, Esquire,    MANLEY DEAS KOCHALSKI LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
14192535        JPMorgan Chase Bank, N.A.,    P.O. Box 901032,    Ft. Worth TX 76101-2032
14168085       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14168086        Mazda Capital Services c/o Chase,    Po Box 78074,    Phoenix, AZ 85062-8074
14180375       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14168087       +Police &fire,   1 Greenwood Square Office Park,    3333 Street Rd.,   Bensalem, PA 19020-2022
14168088       ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606)
14194666        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14171339       +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:49    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 03:11:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2019 03:12:33    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14250722        E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:49    City of Philadelphia,
                 Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14168082       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2019 03:10:03    Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14180633        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2019 03:09:21
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14192616        E-mail/Text: bk.notifications@jpmchase.com Jul 13 2019 03:11:35    JPMorgan Chase Bank NA,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14205258       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2019 03:10:46    Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14168089*      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606)
14168090*      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi                Page 2 of 2                   Date Rcvd: Jul 12, 2019
                              Form ID: pdf900            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Peter C. Danis brad@sadeklaw.com,  bradsadek@gmail.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN JEROME MCGRATH    on behalf of Debtor Peter C. Danis john.mcgrath@palmerbarr.com,
               elsie.llamas@palmerbarr.com;jjm237@gmail.com
              KARINA   VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              STEVEN L. ROVNER    on behalf of Creditor Igor   Repalo srovner@dial-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Peter Danis | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No: 18-14785AMC |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brad Sadek, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on June 9th, 2019, IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing if required shall be held on July 30, 2019, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before July 23, 2019.

Date: July 11, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119