IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| Peter C. Danis | : | Chapter 13 |
| | : | Case No. 18-14785AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated:  July 29, 2019          /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek and Cooper
                                1315 Walnut Street, Suite 502
                                Philadelphia, PA 19107
                                215-545-0008